■ BRANCH BANKING AND TRUST COMPANY, Respondent, v LEONARD A. FARBER et al., Appellants. [51 NYS3d 883]—Order, Supreme Court, New York County (Shlomo Hagler, J.), entered February 1, 2016, which denied defendants' motion to renew plaintiff's motion for summary judgment, unanimously affirmed, without costs.

Defendants failed to offer new facts that would have changed the court's prior determination and to establish reasonable justification for their failure to present such facts on the prior motion (CPLR 2221 [e]; see Henry v Peguero, 72 AD3d 600 [1st Dept 2010]). Concur—Friedman, J.P., Moskowitz, Manzanet-Daniels, Kapnick and Webber, JJ.